## November 6, 1972

No. 72-39 In re Patrick D. Chenoweth, FN, U. S. Navy.

On consideration of the "Petition for Habeas Corpus" filed in the above-entitled action, it appearing that petitioner was placed in confinement pending trial upon charges alleging, inter alia, willful destruction of military property of the United States, to wit, damage to the reduction gears aboard the USS Ranger, in violation of Article 108, Uniform Code of Military Justice, 10 USC § 908, and it further appearing that the order directing such confinement may not be described as an abuse of discretion, it is, by the Court, this 6th day of November 1972,

ORDERED that said Petition be, and the same hereby is, dismissed. Horner v. Resor, 19 USCMA 285, 41 CMR 285 (1970); Hallinan v. Lamont, 18 USCMA 652 (1968).

Judge Darden would dismiss the Petition because in his view the relief it seeks would not be in aid of this Court's jurisdiction.

## November 30, 1972

No. 72-42 Julius Walker, Jr., SN, and David Hines, PN3, U. S. Navy v. RADM L. B. McCuddin, USN, Commanding Officer, U. S. Naval Base, Guantanamo Bay, Cuba and The Secretary of Defense.

On consideration of the Petition for a Writ of Habeas Corpus, and of the "Motion in Bar of Trial and in Support of Habeas Corpus", filed in the above-entitled action, it appearing that nothing set forth therein tends to prejudice the power of this Court ultimately to review the record of trial, or, upon such review, to grant meaningful relief from any error which may then appear, it is, by the Court, this 30th day of November 1972,

ORDERED that said Petition and motion be, and the same hereby are, dismissed. 28 USC § 1651(a).

DUNCAN, Judge (concurring):

I concur in the dismissal of the Petition and motion in bar of trial. Whether or not charges were preferred against petitioners between November 14, 1972, and November 24, 1972—the date the Petition was filed—does not appear. If no charges were in fact preferred, I would order respondents to release petitioners from confinement for failure to timely prefer charges or to show cause why charges have not been preferred.

## October 11, 1972

No. 72-36 Alan R. Cohen, SP4, U. S. Army v. MG Bert A. David, U. S. Army, Commanding General, Fort Dix, New Jersey and LTC Frank M. Schoendofer, U. S. Army, Commanding Officer, Personnel Control Facility, Fort Dix, New Jersey.

Judge Quinn would require the United States to show cause why the Petition should not be granted.